# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00147-CR

**Charles Pakel Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT NO. 13-2035-K26, HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

This Court dismissed this case for want of jurisdiction on March 24, 2017. Appellant has filed a motion to reinstate the appeal asserting that the trial court's certification that it was a plea-bargain case and that appellant has no right of appeal pertained to his conviction and placement on probation rather than to the revocation hearing, which is the basis of this appeal. We withdraw our opinion and judgment dated March 24, 2017, and reinstate the case.

We also abate the appeal, remand the case, and order the trial court to prepare a certification of appellant's right of appeal from the order revoking probation. *See* Tex. R. App. P. 25.2(a)(2), (d). A supplemental clerk's record containing the court's certification shall be filed with the Clerk of this Court no later than May 8, 2017. *See id.* R. 25.2(d), 34.5(c)(2), 37.1.

It is ordered April 7, 2017.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Goodwin

Abated and Remanded

Filed:   April 7, 2017

Do Not Publish